It appearing to the court that the defendants are in the present possession of said lands as tenants of the receiver, for the year 1932, it is ordered that said writ of assistance be not issued until on or after 31 December, 1932, at 12 o'clock midnight, at which time the present tenancy will cease and determine.

The costs of this action will be taxed against the defendants by the clerk of the Superior Court.

*Rouse & Rouse for appellant.*
*Winston & Tucker for appellees.*

PER CURIAM. Upon the facts as found by the trial court the judgment is
Affirmed.

---

ETHEL REICH v. HOME MORTGAGE CORPORATION.

(Filed 12 April, 1933.)

APPEAL by defendant from *Stack, J.,* at September Term, 1932, of FORSYTH.

Civil action to recover penalty for usury.

The defendant being a foreign corporation, service of summons was sought to be obtained through the Secretary of State as provided by C. S., 1137.

The defendant entered a special appearance and moved to dismiss the action for want of proper service.

Upon evidence sufficient to support the findings, the court found "that the defendant owned property and was doing business at, before and since the starting of this suit and the service of said process, in the State of North Carolina," and upon such findings overruled the motion to dismiss. Defendant appeals, assigning errors.

*Hoyle C. Ripple for plaintiff.*
*Efird & Lüpfert for defendant.*

PER CURIAM. Affirmed on authority of *Lunceford v. Association,* 190 N. C., 314, 129 S. E., 805, *R. R. v. Cobb,* 190 N. C., 375, 129 S. E., 828. See note, Yale Law Journal (April, 1927), page 882.
Affirmed.